UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

---

No. 25-2526

---

| | |
|---|---|
| **Children of the Court**, *a non-profit corporation*, and **Conor Paris**, | |
| *Plaintiff-Appellants*, | |
| v. | |
| **Timothy C. Evans**, *individually and in his representative capacity as Chief Judge of* **The Circuit Court of Cook County**, | Appeal No.: 25-2526<br>Dist. Ct.: N.D. Ill. – Eastern Div.<br>Civil Case: 1:24-cv- 08785<br>Dist. Judge: Hon. Lindsay C. Jenkins |
| *Defendant- Appellees*. | |

---

# CIRCUIT RULE 3(c)
# AMENDED DOCKETING STATEMENT

---

Adam Florek
IARDC No: 6320615
N.D. Ill. Gen. Bar No.: 6320615
Florek Law, LLC
11 Knollwood Drive
North Caldwell, NJ 07006
Tel: +1 (929) 229-2268
Email: aflorek@floreklc.com

Pursuant to Circuit Rule 3(c), Plaintiff-Appellants submit their Docketing Statement:

**a. Statement of Jurisdiction for the United States District Court**

The District Court had subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1343, because Plaintiffs alleged violations of constitutionally protected rights and privileges. Specifically, Plaintiffs allege they were deprived of their right of access to a public forum pursuant to their First Amendment rights under the United States Constitution and brought suit pursuant to 42 U.S.C. § 1983.

**b. Statement of Jurisdiction for the United States Court of Appeals**

The jurisdiction of the United States Court of Appeals for the Seventh Circuit is brought under 28 U.S.C. §§ 1291 in that this is an appeal from a final decision of the United States District Court for the Northern District of Illinois's Eastern Division seeking to reverse the Judgment of the District Court. The date of entry of the final judgments sought to be reviewed are the District Court's December 19, 2025 Minute Order (Dkt. No.: 23), wherein it dismissed Defendant Romanek, with prejudice, after finding her violations or Plaintiffs' rights were protected by absolute judicial immunity; and July 24, 2025 Minute Order (Dkt. No.: 52); July 24, 2025 Memorandum Opinion and Order (Dkt. No.: 53); and July 24, 2025 Judgement (Dkt. No.: 54). The appeal is from an order and final judgment that adjudicated all of the claims with respect to all parties. No Parties or Claims remain in the District Court. Appellants did not file a motion for new trial or alteration of the judgment. The notice of Appeal was timely filed on August 22, 2025.

### c. This Is An Appeal Of An Immediately Appealable Final Judgment.

As noted above, final appealable judgments were entered by the District Court on December 19, 2025 and July 24, 2025. This is a civil appeal as a matter of right pursuant to Federal Rule of Appellate Procedure 3(a) and Circuit Rule 3(a).

### d. Prior Or Related Appellate Proceedings

There are no prior or related appellate proceedings in this matter.

### e. Additional Requirements of Circuit Rule 3(c)(1)

This is a civil case that does not involve any criminal convictions. 28 U.S.C. § 1915(g) is inapplicable. Timothy C. Evans is sued in his individual and representative capacity as Chief Judge of The Circuit Court of Cook County. This case does not involve a collateral attack on a criminal conviction. Respectfully submitted this 30th day of August, 2024.

Dated: September 11, 2025          Respectfully Submitted:

By: /s/ *Adam Florek*

Adam Florek
**FLOREK LAW, LLC**
11 Knollwood Dr.
North Caldwell, New Jersey 07006
Tel: (929) 229-2268
E-mail: aflorek@florekllc.com

Edward "Coach" Weinhaus, Esq.
**LegalSolved, LLC**
11500 Olive Blvd., Suite 133
Saint Louis, Missouri 63141-7126
Tele: (314) 580-9580
E-mail: eaweinhaus@gmail.com

# CERTIFICATE OF SERVICE

I certify that on September 11, 2025, I served a copy of this Docketing Statement by email to the email addresses listed for each on the official PACER docket sheet maintained by the U.S. District Court for the Northern District of Illinois for this litigation:

So certified this 11th day of September 2025.


                                          By:    */s/ Adam Florek*
                                                    Adam Florek