UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

---

No. 25-2526

---

| | |
|---|---|
| **Children of the Court**, *a non-profit corporation*, and **Conor Paris**, <br><br> *Plaintiff-Appellants*, <br><br> v. <br><br> **Timothy C. Evans**, *individually and in his representative capacity as Chief Judge of* **The Circuit Court of Cook County**, <br><br> *Defendant-Appellees*. | Appeal No.: 25-2526 <br> Dist. Ct.: N.D. Ill. – Eastern Div. <br> Civil Case: 1:24-cv- 08785 <br> Dist. Judge: Hon. Lindsay C. Jenkins |

---

**PLAINTIFF-APPELLANT'S UNOPPOSED MOTION FOR EXTENSION TO FILE ITS BRIEF**

---

Adam Florek
IARDC No: 6320615
N.D. Ill. Gen. Bar No.: 6320615
Florek Law, LLC
11 Knollwood Drive
North Caldwell, NJ 07006
Tel: +1 (929) 229-2268
Email: aflorek@florekllc.com

1.      Pursuant to Circuit Rule 26, Plaintiff-Appellants' Counsel requests until November 10, 2025 to file their opening brief.

2.      Plaintiff-Appellant's Brief was originally due on October 8, 2025 but, due to counsel's failure to properly calendar the Notice of Appeal filed with the District Court, Plaintiff-Appellant's failed to meet that deadline.

3.      The undersigned counsel failed to correctly calendar the deadline for Plaintiff-Appellants' Opening Brief and only learned of his oversight today.

4.      The undersigned counsel is a solo practitioner and is currently litigating more than a dozen FOIA matters, as the primary attorney, in numerous Circuit Courts within Illinois on behalf of various clients; he is engaged in an ongoing arbitration for a commercial client; and is advising several other commercial clients on ongoing transactional matters.

5.      My status as a solo practitioner means that I am primarily responsible for attending to my client's needs and my current caseload requires my ongoing attention.

6.      Due to the ongoing nature of my duties, Plaintiff-Appellant requests leave to file the Opening Brief on November 10, 2025 so that I may appropriately address the questions of absolute judicial immunity presented by this appeal.

7.      I have reached out to opposing counsel and they do not oppose this request for leave to file Plaintiff-Appellants' opening brief on November 10, 2025.

8.      Plaintiff-Appellant has not previously requested an extension of time in this matter.

Dated: October 20, 2025

                                          Respectfully submitted,

                                          */s/ Adam Florek*  
                                          Adam Florek  
                                          IARDC No: 6320615  
                                          N.D. Ill. Gen. Bar No.: 6320615  
                                          Florek Law, LLC  
                                          11 Knollwood Drive  
                                          North Caldwell, NJ 07006  
                                          Tel: +1 (929) 229-2268  
                                          Email: aflorek@florekllc.com

UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

No. 25-2526

| | |
|---|---|
| **Children of the Court**, *a non-profit corporation*, and **Conor Paris**, *Plaintiff-Appellants*, v. **Timothy C. Evans**, *individually and in his representative capacity as Chief Judge of* **The Circuit Court of Cook County**, *Defendant- Appellees*. | Appeal No.: 25-2526<br>Dist. Ct.: N.D. Ill. – Eastern Div.<br>Civil Case: 1:24-cv- 08785<br>Dist. Judge: Hon. Lindsay C. Jenkins |

**ADAM FLOREK'S AFFIDAVIT IN SUPPORT OF PLAINTIFF-APPELLANT'S UNOPPOSED MOTION FOR EXTENSION TO FILE ITS BRIEF**

Adam Florek
IARDC No: 6320615
N.D. Ill. Gen. Bar No.: 6320615
Florek Law, LLC
11 Knollwood Drive
North Caldwell, NJ 07006
Tel: +1 (929) 229-2268
Email: aflorek@florekllc.com

Adam Florek, being duly sworn, deposes and says:

1. I am adult over eighteen (18) years old; I am a solo attorney practicing through my law firm: Florek Law, LLC, and I have done so since February 2024; if called to testify I could and would competently testify, from direct and personal knowledge, as follows:

2. I was admitted to the Illinois Bar in November 2015; I was admitted to the Northern District of Illinois's General Bar in August 2019; I was admitted to the Seventh Circuit Court of Appeals' Bar in February 2019.

3. I am an attorney for Plaintiff-Appellant in this matter.

4. I am representing numerous parties as their primary counsel in various pending lawsuits, including, but not limited to:

   a. Metric Media, LLC in over a dozen FOIA lawsuits within Illinois' Circuit Court, including: Metric Media v. Thornton School District 154, Cook Co. Case No.: 2025CH00093; Metric Media v. The Village of Dolton, Cook Co. Case No.: 2024CH09275; Metric Media v. Warsaw Community Unit School District 316, Hancock Co. Case No.: 2025CH1;

   b. Edgar County Watchdogs v. Shelby County and Shelby Dive Team, Shelby Co. Case No.: 2024CH4;

   c. Coby Brands v. Shelby County and Shelby Dive Team, Shelby Co. Case No.: 2024CH6;

   d. Vince Espinoza v. the Cook County Office of the President, Cook Co. Case No.: 2023CH08756; Vince Espinoza v. Evanston Township High School District 202, Cook Co. Case No.: 2023CH08491.

5. Due to the solo nature of my practice, the above matters as well as a

limited number of advisory matters, require my immediate and ongoing attention.

6. Accordingly, I am making this request for leave to file Plaintiff-Appellants' opening brief by or before November 10, 2025 because I have been unable to address the matter thus far – as a result of a calendaring error.

7. Due to a oversight, I failed to correctly calendar the deadline for Plaintiff-Appellants' Opening Brief and only learned of my oversight this afternoon.

8. On Monday, October 20, 2025, I contacted Defendant-Appellees' counsel, Samantha Cutler at the Office Of The Attorney General and requested her agreement for leave to file Plaintiff-Appellants' opening brief on November 10, 2025 and she agreed.

Under the pains and penalties of perjury, the undersigned certifies that the statements set forth in this instrument are true and correct and, except as to matters therein stated to be on information and belief, are made on personal knowledge, and as to such matters the undersigned certifies as aforesaid that he verily believes the same to be true.

Affiant further sayeth naught.

Dated: October 20, 2025

Respectfully submitted,

*/s/ Adam Florek*
Adam Florek
IARDC No: 6320615
N.D. Ill. Gen. Bar No.: 6320615

# CERTIFICATE OF SERVICE

      I certify that on October 20, 2025, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Seventh Circuit by using the CM/ECF system.

                                 */s/ Adam Florek*
                                 Adam Florek

## Certificate of Compliance with F.R.A.P. Rule 32(A)(7)

I hereby certify that this motion and affidavit were prepared using Microsoft Word. It contains no more than 5,200 words of proportionally spaced type. The typeface is Garamond, 14 point.

Dated: October 20, 2025

                                                */s/ Adam Florek*
                                                Adam Florek