# UNITED STATES COURT OF APPEALS
# FOR THE SEVENTH CIRCUIT

No. 25-2526

**Children of the Court**, *a non-profit corporation*, and **Conor Paris**,

    *Plaintiff-Appellants*,

v.

**Timothy C. Evans**, *individually and in his representative capacity as Chief Judge of* **The Circuit Court of Cook County**,

    *Defendant- Appellees*.

Appeal No.: 25-2526
Dist. Ct.: N.D. Ill. – Eastern Div.
Civil Case: 1:24-cv- 08785
Dist. Judge: Hon. Lindsay C. Jenkins

## PLAINTIFF-APPELLANT'S SECOND UNOPPOSED MOTION FOR EXTENSION TO FILE ITS BRIEF

Adam Florek
IARDC No: 6320615
N.D. Ill. Gen. Bar No.: 6320615
Florek Law, LLC
11 Knollwood Drive
North Caldwell, NJ 07006
Tel: +1 (929) 229-2268
Email: aflorek@florekllc.com

1.  Pursuant to Circuit Rule 26, and seven days before its Opening Brief Deadline, Plaintiff-Appellants' Counsel requests until December 1, 2025 to file their opening brief.

2.  Plaintiff-Appellant's Brief was originally due on October 8, 2025 but, that deadline was extended until November 10, 2025 following Plaintiff-Appellants' Counsel's request for the same.

3.  The undersigned counsel failed to correctly calendar the deadline for Plaintiff-Appellants' Opening Brief and only learned of his oversight today.

4.  The undersigned counsel is a solo practitioner and primarily responsible for attending to my client's needs. Moreover, I am currently litigating more than a dozen FOIA matters, as the primary attorney, in numerous Circuit Courts within Illinois on behalf of various clients; he is engaged in an ongoing arbitration for a commercial client; and is advising several other commercial clients on ongoing transactional matters.

5.  Plaintiff-Appellant's Counsel suffered a serious illness from October 25, 2025 through October 30, 2025 and was hospitalized October 27-28, 2025.

6.  Plaintiff-Appellant's Counsel has pre-existing professional obligations in Washington, D.C. from November 5, 2025 – November 8, 2025.

7.  Due to an unforeseen illness, pre-existing professional obligations, and the ongoing nature of my duties, Plaintiff-Appellant requests leave to file the Opening Brief on December 1, 2025 so that I may appropriately address the questions of absolute

judicial immunity presented by this appeal.

8. I have reached out to opposing counsel and they do not oppose this request for leave to file Plaintiff-Appellants' opening brief on December 1, 2025.

9. This request is made in good faith and not for any dilatory purposes.

Dated: November 3, 2025

Respectfully submitted,

*/s/ Adam Florek*
Adam Florek
IARDC No: 6320615
N.D. Ill. Gen. Bar No.: 6320615
Florek Law, LLC
11 Knollwood Drive
North Caldwell, NJ 07006
Tel: +1 (929) 229-2268
Email: aflorek@florekllc.com

# UNITED STATES COURT OF APPEALS
# FOR THE SEVENTH CIRCUIT

No. 25-2526

| | |
|---|---|
| **Children of the Court**, *a non-profit corporation*, and **Conor Paris**, *Plaintiff-Appellants*, v. **Timothy C. Evans**, *individually and in his representative capacity as Chief Judge of* **The Circuit Court of Cook County**, *Defendant- Appellees*. | Appeal No.: 25-2526<br>Dist. Ct.: N.D. Ill. – Eastern Div.<br>Civil Case: 1:24-cv- 08785<br>Dist. Judge: Hon. Lindsay C. Jenkins |

### ADAM FLOREK'S AFFIDAVIT IN SUPPORT OF PLAINTIFF-APPELLANT'S SECOND UNOPPOSED MOTION FOR EXTENSION TO FILE ITS BRIEF

Adam Florek
IARDC No: 6320615
N.D. Ill. Gen. Bar No.: 6320615
Florek Law, LLC
11 Knollwood Drive
North Caldwell, NJ 07006
Tel: +1 (929) 229-2268
Email: aflorek@florekllc.com

Adam Florek, being duly sworn, deposes and says:

1. I am adult over eighteen (18) years old; I am a solo attorney practicing through my law firm: Florek Law, LLC, and I have done so since February 2024; if called to testify I could and would competently testify, from direct and personal knowledge, as follows:

2. I was admitted to the Illinois Bar in November 2015; I was admitted to the Northern District of Illinois's General Bar in August 2019; I was admitted to the Seventh Circuit Court of Appeals' Bar in February 2019.

3. I am an attorney for Plaintiff-Appellant in this matter.

4. I was seriously ill from October 25, 2025 through October 30, 2025 and was admitted to RWJBarnabas' Jersey City Medical Center from October 27-28, 2025.

5. I have a pre-existing professional obligation that requires me to be in Washington, DC from November 5, 2025 – November 8, 2025.

6. I represent numerous parties as their primary counsel in various pending lawsuits, including, but not limited to:

   a. <u>Coalition Opposing Governmental Secrecy vs Highland Park Police Department</u>, Lake Co. Case No.: 2025CH00000070; and <u>Children Of The Court vs Highland Park Police Department</u>, Lake Co. Case No.: 2025CH00000262;

   b. Metric Media, LLC in over a dozen FOIA lawsuits within Illinois' Circuit Court, including: <u>Metric Media v. Thornton School District 154</u>, Cook Co. Case No.: 2025CH00093; <u>Metric Media v. The Village of Dolton</u>, Cook Co. Case No.: 2024CH09275; <u>Metric Media v. Warsaw Community Unit School District 316</u>, Hancock Co. Case No.: 2025CH1;

  c. <u>Edgar County Watchdogs v. Shelby County and Shelby Dive Team</u>, Shelby Co. Case No.: 2024CH4;

  d. <u>Coby Brands v. Shelby County and Shelby Dive Team</u>, Shelby Co. Case No.: 2024CH6;

  e. <u>Vince Espinoza v. the Cook County Office of the President</u>, Cook Co. Case No.: 2023CH08756; <u>Vince Espinoza v. Evanston Township High School District 202</u>, Cook Co. Case No.: 2023CH08491.

  7. As a result of my unexpected illness in October and pre-existing professional obligations from November 5-8, 2025, I am making this request for an extension of time to file Plaintiff-Appellants' opening brief by or before December 1, 2025.

  8. On Monday, November 3, 2025, I contacted Defendant-Appellees' counsel, Samantha Cutler at the Office Of The Attorney General and requested her agreement for leave to file Plaintiff-Appellants' opening brief on December 1, 2025, she agreed.

Under the pains and penalties of perjury, the undersigned certifies that the statements set forth in this instrument are true and correct and, except as to matters therein stated to be on information and belief, are made on personal knowledge, and as to such matters the undersigned certifies as aforesaid that he verily believes the same to be true.

Affiant further sayeth naught.

Dated: November 3, 2025

Respectfully submitted,

*/s/ Adam Florek*
Adam Florek
IARDC No: 6320615
N.D. Ill. Gen. Bar No.: 6320615

# CERTIFICATE OF SERVICE

      I certify that on November 3, 2025, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Seventh Circuit by using the CM/ECF system.

                                      */s/ Adam Florek*
                                      Adam Florek

## Certificate of Compliance with F.R.A.P. Rule 32(A)(7)

I hereby certify that this motion and affidavit were prepared using Microsoft Word. It contains no more than 5,200 words of proportionally spaced type. The typeface is Garamond, 14 point.

Dated: November 3, 2025

                                              */s/ Adam Florek*
                                              Adam Florek