# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

November 4, 2025

*By the Court:*

| No. 25-2526 | CHILDREN OF THE COURT, a non-profit corporation and CONOR PARIS,<br>                Plaintiffs - Appellants<br>v.<br><br>ABBEY FISHMAN ROMANEK, Circuit Judge, et a;/.<br>                Defendants - Appellees |
|---|---|
| **Originating Case Information:** ||
| District Court No: 1:24-cv-08785<br>Northern District of Illinois, Eastern Division<br>District Judge Lindsay C. Jenkins ||

Upon consideration of the **PLAINTIFF-APPELLANT'S SECOND UNOPPOSED MOTION FOR EXTENSION TO FILE ITS BRIEF**, filed on November 3, 2025, by counsel for the appellants,

**IT IS ORDERED** that the motion is **GRANTED**. Briefing will proceed as follows:

1. The brief and required short appendix of the appellant(s) will be due by December 1, 2025.

2. The briefs of the appellee(s) will be due by December 31, 2025.

3. The reply brief of the appellant(s), if any, will be due by January 21, 2026.

Important Scheduling Notice !
Hearing notices are mailed shortly before the date of oral argument. Please note that counsel's unavailability for oral argument must be submitted by letter, filed electronically with the Clerk's Office, no later than seven days after the filing of the appellee's brief in a civil case. *See* Cir. R. 34(b)(3). The court's calendar is located at http://www.ca7.uscourts.gov/cal/argcalendar.pdf. Once scheduled, oral argument is rescheduled only in extraordinary circumstances. *See* Cir. R. 34(b)(4), (e).

form name: **c7_Order_BTC**     (form ID: **178**)