# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## RULE TO SHOW CAUSE

December 16, 2025

| | |
|---|---|
| No. 25-2526 | CHILDREN OF THE COURT, a non-profit corporation and CONOR PARIS, <br><br> Plaintiffs - Appellants <br><br> v. <br><br> ABBEY FISHMAN ROMANEK, Circuit Judge, et a;/. <br><br> Defendants - Appellees |
| **Originating Case Information:** | |
| District Court No: 1:24-cv-08785 <br> Northern District of Illinois, Eastern Division <br> District Judge Lindsay C. Jenkins | |

**To:** Adam J. Florek
FLOREK LAW, LLC
11 Knollwood Drive
North Caldwell, NJ 07006

You have failed to file appellant's brief within the required time and no motion for an extension of time within which to file appellant's brief has been made pursuant to Circuit Rule 26.

**IT IS ORDERED** that you, as appellant, show cause within fourteen (14) days of the date of this order why this appeal should not be dismissed for lack of prosecution, pursuant to Circuit Rule 31(c)(2).

**IT IS FURTHER ORDERED** that briefing is **SUSPENDED** pending further court order.

**Please caption your response:**
"RESPONSE TO RULE TO SHOW CAUSE FOR APPELLANT "

form name: **c7_Briefing_Showcause**     (form ID: **114**)