# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## ORDER

December 29, 2025

| No. 25-2526 | CHILDREN OF THE COURT, a non-profit corporation and CONOR PARIS,<br>   Plaintiffs - Appellants<br>v.<br><br>ABBEY FISHMAN ROMANEK, Circuit Judge, et a;/.<br>   Defendants - Appellees |
|---|---|
| **Originating Case Information:** ||
| District Court No: 1:24-cv-08785<br>Northern District of Illinois, Eastern Division<br>District Judge Lindsay C. Jenkins ||

The following is before the court: **RESPONSE TO RULE TO SHOW CAUSE FOR APPELLANT**, filed on December 26, 2025, by counsel for the appellants.

To the extent that the appellants would like the electronically tendered opening brief to be filed instanter,

**IT IS ORDERED** that the request is **DENIED** because the electronically tendered brief is procedurally deficient. Counsel for the appellants shall electronically resubmit, by no later than January 5, 2026, a brief and required short appendix that complies with the Federal Rules of Appellate Procedure and the local Circuit Rules. Specifically, the brief must include a disclosure statement directly after the cover page and before the table of contents. *See* Fed. R. App. P. 28(a)(1). Further, the brief tendered with the motion fails to comply with Federal Rule of Appellate Procedure 28(a)(6), which requires that the brief contain "a concise statement of the case; setting out the facts relevant to the issues submitted for review, describing the relevant procedural history, and identifying the rulings presented for review, with appropriate references to the record (see Rule 28(e))." The tendered brief contains a separate Statement of the Case and Statement of Facts, which is not permitted. The complete briefing schedule is as follows:

No. 25-2526 Page 2

1. The brief and required short appendix of the appellants are due by January 5, 2026.

2. The briefs of the appellees are due by February 4, 2026.

3. The reply brief of the appellants, if any, is due by February 25, 2026.

**IT IS FURTHER ORDERED** that the rule to show cause dated December 16, 2025, is **SUSPENDED** pending compliance with this order.

Important Scheduling Notice!

Hearing notices are mailed shortly before the date of oral argument. Please note that counsel's unavailability for oral argument must be submitted by letter, filed electronically with the Clerk's Office, no later than seven days after the filing of the appellee's brief. See Cir. R. 34(b)(3), (4). The court's calendar is located at http://www.ca7.uscourts.gov/cal/argcalendar.pdf. Once scheduled, oral argument is rescheduled only in extraordinary circumstances. *See* Cir. R. 34(b)(4), (e).

form name: **c7_Order_BTC**　　(form ID: **178**)